## ZEICHNER ELLMAN & KRAUSE LLP

1211 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10036
(212) 223-0400
FAX: (212) 753-0396
www.zeklaw.com

35 MASON STREET
GREENWICH, CT 06830
(203) 622-0900
FAX: (203) 862-9889

103 EISENHOWER PARKWAY
ROSELAND, NJ 07068
(973) 618-9100
FAX: (973) 364-9960

DIRECT DIAL
(212) 826-5350
Rneumann@zeklaw.com

December 21, 2015

**BY ECF**

Honorable Victor Marrero
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Suite 660
New York, New York 10007



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 12/22/15

**Indoafric Exports Private Ltd. Co. v.
Citibank, National Association
Civil Action No. 15-cv-9386 (VM)
Request for Extension of Time to Respond to the Complaint**

Dear Judge Marrero:

      We are counsel to defendant Citibank, N.A. sued herein as Citibank, National Association ("Citibank") in the above-referenced action. We write pursuant to this Court's rules to approve an extension to and including January 27, 2016 to respond to plaintiff's complaint. We are not sure when Citibank's response would otherwise be due but not before December 22, 2015.

      Plaintiff's counsel has consented to this request. This is Citibank's first request for an extension from this Court in this action.

Respectfully submitted,

Ronald M. Neumann

RMN:mzg

cc: Plaintiff's counsel by ECF

Request GRANTED. The time for defendant(s) to answer or otherwise move with respect to the complaint in this action is extended to 1-27-16.

**SO ORDERED.**

12-22-15
DATE

VICTOR MARRERO, U.S.D.J.

#839078